Monte J. White and Associates, P.C.
Larry Reed Lewis
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| William Herman Smith | § | |
| And | § | CASE NO. 08-10079-RLJ-13 |
| Patsy Ann Smith | § | Hearing Date 12/3/2008 |
| DEBTORS | § | Hearing Time:  11:00 AM |

### DEBTORS' OBJECTION TO TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTIONS TO CLAIMS AND PLAN MODIFICATION

DEBTORS William Herman Smith & Patsy Ann Smith by and through attorney, Monte J. White, file this Debtors' Objection to Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification, and respectfully show the Court as follows:

1. The Chapter 13 Trustee proposes to raise Debtor's plan to $850.00 per month beginning 1/10/2008, with a balloon payment of $78,000.00 in the 60th month.

2. Debtors' disposable income per Schedules I & J on file with the Court shows a surplus of $600.00 per month.  Debtors wish to continue to pay $600.00 per month and wish to increase the balloon payment, if necessary, in the 60th month.

3. The Debtors object to the Trustee's proposal to pay timely allowed unsecured claims with 6% interest.

FOR THESE REASONS, Debtors ask that the Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification denied or in the alternative, set for hearing on the date indicated.

Respectfully submitted,

/s/Larry Reed Lewis
Attorney for Debtors

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Response was served on October 22, 2008 on the following parties in interest at the addresses listed below by ECF and/or regular U.S. First Class mail:

| | |
|---|---|
| Walter O'Cheskey<br>Standing Chapter 13 Trustee<br>6308 Iola<br>Lubbock, TX 79424 | William Herman Smith & Patsy Ann Smith<br>4810 Thunderbird Dr.<br>May, TX 76857 |
| William T. Neary<br>Office of the U.S. Trustee<br>1100 Commerce St. Suite 9C60<br>Dallas, TX  75242 | /s/Larry Reed Lewis<br>Attorney for Debtors |