

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 4, 2008                                     United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

WILLIAM HERMAN SMITH
PATSY ANN SMITH

CASE NO: 08-10079-RLJ-13
HEARING DATE: 12/3/2008
HEARING TIME: 11:00 AM

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2006-08, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

Beginning 4/10/2008 debtor shall make 59 payments of $600.00. On 3/10/2013 debtor shall make a balloon payment of $78,000.00; for a total plan contribution of $113,400.00. Unsecured creditors who timley filed allowed claims will receive 3.25% interest.

# # # End of Order # # #

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee